# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV121 SNLJ |
| | ) | |
| CORIZON MEDICAL SERVICES et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon the filing of plaintiff's amended complaint. Plaintiff, an inmate at Southeastern Correctional Center ("SECC"), seeks monetary relief in this 42 U.S.C. § 1983 action against Corizon, Inc. and Corizon employees Dana Nix (Nurse), Larry Unknown (LPN), Dr. Michael Hakala, and Dr. Unknown Jones.

Plaintiff's allegations arise out of medical problems that occurred from January through May of 2013 at SECC. Plaintiff states that during this time period he suffered greatly through complications from kidney stones and kidney infections that were ignored, delayed in treatment, and in some circumstances deliberately untreated, in violation of plaintiff's serious medical needs under the Eighth Amendment. Plaintiff also alleges he was subjected to cruel and unusual punishment by

defendants. Plaintiff is suing the individual defendants in their individual capacities.

After reviewing the complaint, the Court believes plaintiff's claims survive initial review under 28 U.S.C. § 1915 and will order the Clerk to issue process or cause process to be issued on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendants shall reply to plaintiff's claims within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that this case is assigned to Track 5B: Prisoner Standard.

Dated this <u>24th</u> day of September, 2013.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE