**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

MICHAEL L. ARNOLD,                )
                                  )
              Plaintiff,          )
                                  )
       v.                         )          No. 1:13CV121 SNLJ
                                  )
CORIZON MEDICAL SERVICES          )
et al.,                           )
                                  )
              Defendants.         )

<u>**MEMORANDUM AND ORDER**</u>

Before the Court is plaintiff's motion to compel and defendants' response.

Plaintiff seeks the last known addresses of defendant Dr. Unknown Jones and

Nurse Larry Unknown (LPN).  Attorney J. Thaddeus Eckenrode, counsel for

defendants asserts that Corizon, Inc., should not be compelled to provide the last

known addresses of these two defendants because the time for identifying

witnesses through Rule 26 disclosures, Fed.R.Civ.P., has not yet come to pass

according to the Case Management Order.

In order to facilitate service of process in this case, the Court will order Mr.

Eckenrode to provide the Court, in camera, with the last known addresses of Dr.

Unknown Jones and Nurse Larry Uknown (LPN), so that the Court may attempt to

effectuate service on these individuals on plaintiff's behalf.  The Court believes

that Mr. Eckenrode will be able to ascertain the first name of Dr. Jones and the last name of Nurse Larry with the assistance of the factual circumstances alleged in plaintiff's complaint, along with, perhaps, the help of the defendants Mr. Eckenrode currently represents before this Court.  However, if Mr. Eckenrode needs additional time to identify defendants' correct names, he may seek leave from this Court to do so.

Accordingly,

**IT IS HEREBY ORDERED** plaintiff's motion to compel will be **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that within fifteen (15) days of the date of this Order, Mr. J. Thaddeus Eckenrode shall provide the Court with the last known address of defendants Dr. Unknown Jones and Nurse Larry Unknown (LPN).  Mr. Eckenrode's response to this Order should be entitled "In Camera Response to Order of January 9, 2014," and should be mailed directly to the chambers of the undersigned, at the following address: United States District Court, Eastern District of Missouri, Southeastern Division, 555 Independence, Cape Girardeau, Missouri, 63703.

**IT IS FURTHER ORDERED** that upon receipt of the in camera response, the Court will notify plaintiff in writing whether an address for Russell Graham

has been provided, and if so, the Court will arrange for issuance of summons and

Marshal's forms on plaintiff's behalf.

     Dated this <u>9th</u> day of January, 2014.


                  STEPHEN N. LIMBAUGH, JR.
                  UNITED STATES DISTRICT JUDGE